No. 85–5238.   CRANE *v.* KENTUCKY.   Sup. Ct. Ky.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 85–5542.   FORD *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Motions of National Association of Criminal Defense Lawyers and Office of the Capital Collateral Representative for the State of Florida et al. for leave to file briefs as *amici curiae* granted.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 84–1906.   ALABAMA *v.* CALLAHAN.   Sup. Ct. Ala.   Certiorari denied.

No. 84–6287.   CARR *v.* HUTTO, DIRECTOR OF THE VIRGINIA DEPARTMENT OF CORRECTIONS.   C. A. 4th Cir.   Certiorari denied.

No. 84–6884.   ZABEL *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 84–6910.   ETHERIDGE *v.* MITCHELL, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY.   C. A. 4th Cir.   Certiorari denied.

No. 84–6938.   PAUL *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 84–7003.   LACAYO *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 85–228.   LASSITER-GEERS *v.* REICHENBACH.   Ct. App. Md.   Certiorari denied.

No. 85–251.   MORRISON *v.* FEDERAL DEPOSIT INSURANCE CORPORATION.   C. A. 11th Cir.   Certiorari denied.

No. 85–252.   CENTRAL & SOUTHERN MOTOR FREIGHT TARIFF ASSN. ET AL. *v.* UNITED STATES ET AL.   C. A. D. C. Cir.   Certiorari denied.